*Friday, January 8, 1993*

## MOTION DOCKET

**92–480.** Burgess v. Eli Lilly & Co. Certified Question of State Law. This matter is pending before the court on the certification of a state law question from the United States District Court for the Sixth Judicial Circuit. Upon consideration of respondent's motion for Andrew See to appear *pro hac vice,*

IT IS ORDERED by the court that said motion to appear *pro hac vice* be, and the same is hereby, granted.

**92–1381.** NLO, Inc. v. Limbach. Board of Tax Appeals, Nos. 88–K–1115 and 88–K–1116. On request for oral argument before full court. Motion granted.

On motion for leave to exceed page limit. Motion granted.

MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent.

**92–1917.** In re Application of Holzhauser. This matter is before this court upon the filing of a report in the office of the Clerk of this court by the Board of Commissioners on Character and Fitness, recommending that the applicant, Gillian R. Holzhauser, not be approved and that she not be permitted to reapply for admission to the practice of law in Ohio. Upon consideration of the motion of the special investigator for the board, Timothy J. Ucker, for leave to file brief instanter,

IT IS ORDERED by the court that said motion for leave to file brief instanter be, and the same is hereby, granted.

**92–1981.** Johnson v. Garretson. *Butler County,* No. CA92–01–001. On motion for stay. Motion granted.

**92–2345.** Charter Oak Fed. Savings Bank v. Salaam. *Hamilton County,* No. C–910760. On motion to vacate sheriff's sale. Motion denied.

**92–2619.** Transamerica Ins. Co. v. Nolan. *Warren County,* Nos. CA89–12–077 and CA89–12–079. On motion for stay. Motion granted.

MOYER, C.J., dissents.

*Monday, January 11, 1993*

## MOTION DOCKET

**92–1917.** In re Application of Holzhauser. This matter is before this court upon the filing of a report in the office of the Clerk of this court by the Board of Commissioners on Character and Fitness, recommending that the applicant, Gillian R. Holzhauser, not be approved and that she not be permitted to reapply for admission to the practice of law in Ohio. Upon consideration of applicant's motion for remand,

IT IS ORDERED by the court that said motion for remand be, and the same is hereby, denied, effective January 8, 1993.

A.W. SWEENEY and F.E. SWEENEY, JJ., dissent.

**93–14.** Gigax v. Repka. *Montgomery County,* No. CA 13386. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Montgomery County to certify its record. Upon consideration of appellants' motion for stay,

IT IS ORDERED by the court that said motion for stay be, and the same is hereby, denied, effective January 8, 1993.

A.W. SWEENEY, J., dissents.